| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** **FOR CALENDAR YEAR 2004** | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporti (Last name, First name, Middle initial) Garbis, Marvin J | 2. Court or Organization District of Maryland | 3. Date of Report 7/12/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior District Judge | 5. ReportType (check appropriate type) ○ Nomination. Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address Chambers 5C 101 W. Lombard Street Baltimore, MD 21201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Advisors | University of Baltimore School of Law |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. Ongoing | West Publishing Cop., Ronald B. Rubin, Patricia Morgan - Royalties paid to co-authors of casebook. |

RECEIVED JUL 18 11 03 AM '05 FINANCIAL DISCLOSURE OFFICE

## II. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2004 | West Publishing Co., book royalties | 446 |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes t ose to spouse and dependent children. See pp. 25-27 of ins ctions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | EINSHAC | Feb. 29 to March 7, faculty in seminar on science and cou s, Conception, Chile, travel, meals, room |
| 2. | ALI/ABA | June 9 to 11, Boston, Massachusetts, faculty in seinar of tax procedures, travel, meals, room |
| 3. | FLASC - LASER | August 11 -13, Ha ifax, Nova Scotia, faculty in seminar on science and the courts, travel, meals, room. |
| 4. | ALI/ABA | September 29 - October 1, Chicago, Illinois, faculty in seminar on patent itigation, travel, meals and room |
| 5. | EINSHAC | NOVEMBER 18 - 19, Annapolis, Maryland, board meeting of judicial education organization, travel, meals room |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII. INVESTMENTS and TRUSTS

-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Provident Bank checking | A | Interest | I | T | | | | | |
| 2. T.Rowe.Price Tax Free Bond Fund | A | Interest | J | T | | | | | |
| 3. ▒▒▒▒ Assets | | | | | | | | | |
| 4. Bank of America checking | A | Interest | J | T | | | | | |
| 5. Bank of America savings | A | Interest | J | T | | | | | |
| 6. Legg Mason Cash Reserve Trust | A | Interest | L | T | | | | | |
| 7. Aetna Inc. notes | B | Interest | K | T | | | | | |
| 8. Aetna Fin Cap. Pfd. | B | Interest | K | T | | | | | |
| 9. Daimler Chrysler Cert. | B | Interest | K | T | | | | | |
| 10. GBB Capital Pfd. | B | Interest | K | T | | | | | |
| 11. Local Fin. Cap. Pfd. | B | Interest | K | T | | | | | |
| 12. Privatbancorp Cap. Pfd. | B | Interest | K | T | | | | | |
| 13. Prov. Cap. Pfd. | B | Dividend | K | T | | | | | |
| 14. Rouse Cap. Pfd. | A | Interest | J | T | | | ← | | |
| 15. Sterling Bankshares Cap. Pfd. | A | Interest | J | T | | | | | |
| 16. Daimler Chrysler N,A, Notes | A | Interest | K | T | | | | | |
| 17. GMAC Notes | B | Interest | K | S | | | | | |
| 18. Household Fin. Notes | B | Interest | K | T | | | | | |

1. Income Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
See Column C2   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Garbis, Marvin J | 7/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Household Fin. Notes (2) | A | Interest | K | T | | | | | |
| 20. Ford Motor Cr. Notes | B | Interest | K | T | | | | | |
| 21. AOL Time Warner Notes | B | Interest | K | S | | | | | |
| 22. GTE South Debs. | B | Interest | K | S | | | | | |
| 23. Cadbury Schweppes Del. LP | B | Dividend | K | S | | | | | |
| 24. Ford Motor Cr. Notes (2) | B | Interest | K | T | | | | | |
| 25. Royce Fund T R | B | Dividend | K | T | | | | | |
| 26. Royce Fund Pennsylvania | A | Div&CapGn | J | T | | | | | |
| 27. IRA - 1 | | | | | | | | | |
| 28. Legg Mason Cash Reserve Trust | A | Dividend | J | T | | | | | |
| 29. Legg Mason Value Trust | A | Cap. Gn. | M | T | | | | | |
| 30. Royce Fund Pennsylvania | A | Div&Cap Gn | | | | | | | |
| 31. Putnam Health Science | | None | | | Sell | 12/7 | L | A | |
| 32. Templeton Growth Fund. | A | Dividend | L | T | Buy | 12/7 | L | A | /7 |
| 33. Royce Fnds. Micro Cap. | A | Dividend | K | T | Buy | 12/7 | K | A | |
| 34. IRA - 2 | | | | | | | | | |
| 35. Legg Mason Special Investment Trust Fund | C | Cap Gn | M | T | | | | | |
| 36. Scudder Dreman Fin. Services Fund | A | Div&CapGn | M | T | | | | | |

1. Income Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Garbis, Marvin J | 7/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Legg Mason Opportunity Trust Fund | A | Div&CapGn | M | T | | | | | |
| 38. Lightpath Tachnologies Inc, Cl A | | None | J | T | | | | | |
| 39. Fed. Eg. Kaufman Fund | A | Cap Gn | L | T | | | | | |
| 40. Tyco Int. Ltd. | | None | | | Sell | 2/18 | K | A | Also sell 7/17 (value K, gain |
| 41. Ebay | A | Dividend | L | T | Buy | 7/14 | L | A | |
| 42. Electronic Arts | A | Dividend | L | T | Buy | 6/4 | L | A | |
| 43. Interactive | A | Dividend | L | T | Buy | 2/8 | L | A | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | Garbis, Marvin J | 7/12/2005 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date _Jnf 13, 2015_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington. D.C. 20544